UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMI MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BARTLEY COSTELLO, et al.,<br><br>    Defendants. | Case No. 18-cv-01718-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 14 |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion to Remand is GRANTED. The Clerk is directed to remand this case to the Superior Court of Contra Costa County and close the file.

**IT IS SO ORDERED.**

Dated: May 23, 2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMI MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BARTLEY COSTELLO, et al.,<br><br>    Defendants. | Case No. 18-cv-01718-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bartley Costello
3535 El Portal Drive
#Apt. H-107
El Sobrante, CA 94803

Gwenell Eastman
3535 El Portal Drive
Apt. #H-107
El Sobrante, CA 94803

Dated: May 23, 2018

                                    Susan Y. Soong
                                    Clerk, United States District Court

                                    By:_____
                                    Nikki D. Riley, Deputy Clerk to the
                                    Honorable HAYWOOD S. GILLIAM, JR.